## KURATNIK v. ILLINOIS STEEL COMPANY.

[No. 12,093.    Filed January 9, 1925.]

MASTER AND SERVANT.—*Appeal from Industrial Board allowed only from a final award.*—There is no provision in the statute for an appeal from the Industrial Board except from a final award, from which it follows that there can be no appeal from a ruling of the board that a claim for compensation will be suspended until the attorneys prosecuting the claim prove their authority to appear for claimant.

Appeal from Industrial Board of Indiana.

Proceeding under Workmen's Compensation Act by Evdokia Kuratnik against the Illinois Steel Company for compensation for the death of husband. From an order suspending the proceeding until claimant's attor-

neys prove their authority to appear, claimant appeals. *Appeal dismissed.*

*Fred Barnett* and *Dominic P. Sevald,* for appellant.

PER CURIAM.—Appellant lives, and has always lived, in Russia. Her husband was injured while in the course of his employment with appellee which injury resulted in his death. Attorneys, claiming to represent her, filed with the Industrial Board an application on her behalf for compensation for herself and her minor daughter. After hearing evidence, the Industrial Board suspended further proceedings until the attorneys should prove their authority to appear for appellant. This the attorneys declined to do, and appeal from said order of suspension.

There is no provision in the statute for an appeal from the Industrial Board except from a final award. Even if appellant was entitled to proceed without proof of authority, which we do not decide, she has mistaken her remedy.

Appeal dismissed.